CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
BRIAN J. KIM, ESQ.: STATE BAR NO.: 282538

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: bkim@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BELLA PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC a business organization, form unknown; DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO.: 1:15-CV-01364-LJO-EPG<br><br>(Merced County Superior Court Case No.: 15CV-02135)<br><br>**STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND; ORDER**<br><br>**Hon. Lawrence J. O'Neill**<br>**U.S. District Court Judge** |

**IT IS HEREBY STIPULATED** by and between Plaintiff BELLA PETERSON ("Plaintiff") and Defendant LOWE'S HOME CENTERS, LLC ("Defendant" or "Lowe's"), by and through their counsel of record, as follows:

1. Plaintiff BELLA PETERSON, a resident of California, brought the instant action against defendant LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, in the Superior Court of California, County of Merced.

2. Plaintiff claims personal injuries arising out of negligence and premises liability causes of action which allegedly occurred on the premises of defendant's retail store located in Merced, California.

///

- 1 -
**STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND**

3. Plaintiff acknowledges that she claims damages in excess of $75,000.00.

4. On September 3, 2015, Defendant Lowe's removed this matter to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1367.

5. Plaintiff hereby agrees and stipulates that her damages, resulting from the alleged incident that occurred on defendant's premises on or about August 10, 2013, that are the subject of the within action (formerly Merced County Superior Court Case No.: 15CV-02135) (hereinafter "the litigation"), are <u>hereby capped at $74,999.99</u>.

6. Plaintiff hereby agrees and stipulates that if her damages should exceed $74,999.99, she hereby waives the right to claim such damages as a result of the litigation.

7. Plaintiff hereby agrees and stipulates that her recovery of damages in the litigation, including but not limited to economic damages and non-economic damages, are hereby capped at $74,999.99.

8. Plaintiff hereby agrees and stipulates that if her recovery of damages in the litigation should exceed $74,999.99, either by verdict or other means, she hereby waives the right to recover any such damages in excess of $74,999.99.

9. Plaintiff hereby agrees and stipulates that should any award or judgment be rendered or entered against defendant with damages in excess of $74,999.99, she will execute any necessary documents to reduce such award or judgment to $74,999.99 in damages, and will not execute on any award or judgment in excess of $74,999.99 in damages. The $74,999.99 cap to recovery of damages does not in any way limit the amount of attorneys' fees and costs that may be awarded to and recovered by plaintiff.

///

///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

10. The parties hereby agree that because the amount in controversy in this matter does not exceed $75,000, subject matter jurisdiction is lacking.

11. The parties further agree that in light of their agreement to cap Plaintiff's damages at $74,999.99, the matter should be <u>remanded</u> to the Merced County Superior Court, Case No.: 15CV-02135.

12. **WHEREFORE**, based on the foregoing the parties hereby stipulate and agree that the case be **REMANDED** to the Merced County Superior Court, Case No.: 15CV-02135.

13. The parties stipulate and request that an Order be issued in accordance with this Stipulation.

Dated:  11/2/15                                TOREM & ASSOCIATES

                                               By: */s/ Ron Torem*
                                               RON TOREM
                                               Attorney for Plaintiff,
                                               BELLA PETERSON

Dated: 11/2/15                                 THARPE & HOWELL, LLP

                                               By: */s/ Brian J. Kim*
                                               CHARLES D. MAY
                                               GENE B. SHARAGA
                                               BRIAN J. KIM
                                               Attorneys for Defendant,
                                               LOWE'S HOME CENTERS, LLC

IT IS SO ORDERED.

   Dated:  **November 2, 2015**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

**STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND**